

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00469-CV

**IN RE** Rafael **RAMIREZ** and Reynaldo Flores

Original Proceeding[1]

### ORDER

On August 1, 2022, relators filed a petition for writ of mandamus and writ of prohibition. After considering the petition and record, this court concludes it is without jurisdiction over this petition. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *Chenault v. Phillips*, 914 S.W.2d 140, 141 (Tex. 1996) (orig. proceeding) (per curiam); *In re Haarmann*, No. 13-12-00372-CR, 2012 WL 2359897, at \*1 (Tex. App.—Corpus Christi–Edinburg June 18, 2012, orig. proceeding) (mem. op.). Accordingly, relators' petition for writ of mandamus and writ of prohibition is **DISMISSED**.

It is so **ORDERED** on August 31, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021DC001263JA, styled *Mercedes-Benz Financial Services USA LLC vs. Rafael Ramirez*, pending in the Justice Court, Precinct 1, Place 1, Webb County, Texas, the Honorable Juan Paz Jr. presiding.